1
2
3
4
5
6               **IN THE UNITED STATES DISTRICT COURT**
7               **FOR THE DISTRICT OF ARIZONA**
8
9    United States of America,                    No. CR-16-00478-021-TUC-JGZ (LAB)
10              Plaintiff,                         **ORDER**
11   v.
12   Jorge Acosta-Licerio,
13              Defendant.
14

15          Pending before the Court is a Report and Recommendation issued by United

16   States Magistrate Judge Leslie A. Bowman that recommends denying the Defendant

17   Jorge Acosta-Licerio's Motion to Suppress Statements. (Doc. 828.)

18          A review of the record reflects that the parties have not filed any objections to the

19   Report and Recommendation and the time to file objections has expired. As such, the

20   Court will not consider any objections or new evidence.

21          The Court has reviewed the record and concludes that Magistrate Judge

22   Bowman's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed.

23   R. Civ. P. 72; *Johnson v. Zema Systems Corp*., 170 F.3d 734, 739 (7th Cir. 1999); *see*

24   *also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

25   //

26   //

27   //

28   //

1   Accordingly, IT IS HEREBY ORDERED as follows:

2   1.  Magistrate Judge Bowman's Report and Recommendation (Doc. 828) is accepted

3       and adopted;

4   2.  Defendant's Motion to Suppress Statements (Doc. 738) is DENIED.

5       Dated this 8th day of September, 2017.

6

7

8                                           _____
                                            Honorable Jennifer G. Zipps
9                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28